UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES COOL,

        Plaintiff,                      Case No.  1:05-CV-786

v.                                        HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
                           /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on May 22, 2006.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 22, 2006, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's Motion To Dismiss For Lack Of Jurisdiction (docket no. 6) is **GRANTED** and this case is **dismissed** for lack of jurisdiction.

Dated:  June 21, 2006                                             /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE